IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Criminal Action No. |
| v. | ) 07-00411-06-CR-W-HFS |
| | ) |
| CRAIG MOSS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the court are the government's motion for detention and motion to continue the detention hearing. Defendant appears in this court pursuant to a writ of habeas corpus ad prosequendum. As a result, he is not entitled to be considered for bond. It is therefore

ORDERED that the government's motion for detention and motion for continuance are denied as moot.

                                                /s/ Robert E. Larsen
                                                ROBERT E. LARSEN
                                                United States Magistrate Judge

Kansas City, Missouri
January 23, 2008